MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

(appellee). Dismissed for want of proper certificate to appeal *in forma pauperis*.

NATIONAL BANK OF GOLDSBORO v. DUNN. From Lenoir. *Isler* for plaintiff (appellee). Dismissed for want of proper certificate to appeal *in forma pauperis*.

STATE v. BLACKLEY. From Wake. *Attorney-General* for State; *Argo & Shaffer* for defendant (appellant). Affirmed.

CABLE Co. v. SMITH. From Harnett. *Stewart & Godwin* for plaintiff; *Clifford* for defendant. Dismissed for failure to print record.

SNIPES v. BELVIN. From Wake. *Douglass & Simms* for plaintiff; *Argo & Shaffer* for defendant (appellant). Affirmed.

DEW v. PIKE. From Brunswick. *Taylor* for plaintiff (appellant); *Bryan* for defendant. Affirmed.

STATE v. HAGINS. From Union. *Attorney-General* for State; *Jerome* for defendant (appellant). Affirmed.

SHANNON v. S. A. L. RAILWAY Co. From Union. *Redwine & Stack* for plaintiff; *Shaw* and *Jerome* for defendant (appellant). Affirmed.

GRAVES v. CAMERON. From Moore. *Adams* for plaintiff (appellee). Dismissed under Rule 17.

STATE v. THOMPSON. From Stanly. *Attorney-General* for State; *R. L. Smith* for defendant (appellant). Affirmed under authority of *In re Gorham,* 129 N. C., 481, and *In re Young,* 137 N. C., 552.

STATE v. MORTON. From Stanly. *Attorney-General* for State; *R. L. Smith* for defendant. Same order as in *State v. Thompson.*